1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   ROBERT W. ZUCHOWSKI

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 1/10/07*

| | |
|---|---|
| ROBERT W. ZUCHOWSKI, | Case No. C06-06310-RMW-RS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER** |
| ENHANCED RECOVERY CORPORATION, a Delaware corporation, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ROBERT W. ZUCHOWSKI, and Defendant, ENHANCED RECOVERY CORPORATION, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ROBERT W. ZUCHOWSKI, against Defendant, ENHANCED RECOVERY CORPORATION, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1  Dated: January 3, 2007                         /s/ Fred W. Schwinn
                                                  Fred W. Schwinn, Esq.
2                                                 Attorney for Plaintiff
                                                  ROBERT W. ZUCHOWSKI
3

4  Dated: January 3, 2007                         /s/ Stephen J. Kottmeier
                                                  Stephen J. Kottmeier
5                                                 Attorney for Defendant
                                                  ENHANCED RECOVERY
6                                                 CORPORATION

7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated:   1/10/07                                /s/ Ronald M. Whyte
                                                  The Honorable Ronald M. Whyte
10                                                Judge of the District Court